UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:14-cr-00328-KJD-NJK |
| vs. | ) | |
| MANUELLE ALKEINE, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 57. The Court hereby SETS an evidentiary hearing on this motion, for April 21, 2015, at 1:30 p.m. in Courtroom 3A.[1]

IT IS SO ORDERED.

DATED: March 20, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1]The Court has not yet made a ruling on the United States' argument regarding standing. Therefore, the evidentiary hearing will go to all arguments raised in Defendant's motion.