TERRENCE M. JACKSON, ESQ.
Nevada Bar No. 00854
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
(702) 386-0001 / Fax: (702) 386-0085
Terry.Jackson.Esq@gmail.com
Counsel for Defendant, MANUELLE ALKEINE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

MANUELLE ALKEINE,

        Defendant.

Case No.: 2:14-CR-00328-KJD-NJK

STIPULATION TO EXTEND OBJECTIONS
     (First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United Stated of America, and Terrence M. Jackson, counsel for Manuelle Alkeine, that the Objections to Magistrate Recommendation (dkt. 91) be extended one month from the presently set September 12, 2015, up to and including October 13, 2015.

The Stipulation is entered into for the following reasons:

1.    The client is not in custody and does not oppose the continuance;

2.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to receive and review the expedited transcripts of the evidentiary hearings held on May 11, 2015, and August 3, 2015;

3.    Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit objections, taking into account the exercise of due diligence;

4.    Additionally, denial of this request for continuance could result in a miscarriage of

1 justice. The additional time requested by this stipulation is excludable in computing the time within
2 which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A),
3 considering the factors under Title 18, United States Code §§ 3161(h)(7)(B);
4     5.    This is the first stipulation to extend objections.
5
6     DATED:    September 4, 2015

| | |
|---|---|
| | DANIEL G. BOGDEN |
| | United States Attorney |
| By: /s/ Terrence M. Jackson | By: /s/ Robert Knief |
| TERRENCE M. JACKSON, | ROBERT KNIEF, |
| Counsel for Manuelle Alkeine | Assistant United States Attorney |

28 ...

-2-

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

MANUELLE ALKEINE,

                Defendant.

Case No.:   2:14-CR-00328-KJD-NJK

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

## FINDINGS OF FACT

1. The client is not in custody and does not oppose the continuance;

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time receive and review the expedited transcripts of the evidentiary hearings held on May 11, 2015, and August 3, 2015;

3. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit objections, taking into account the exercise of due diligence;

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B);

5. This is the first stipulation to extend objections.

Based on the pending Stipulation of counsel, good cause appearing therefore, the Court finds that the ends of justice and judicial economy are best served by granting said continuance.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be

likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, §§ 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, § 3161 (h)(7)(A), when considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED, that the Objections to Magistrate Recommendation (dkt.91) be extended one month from the presently set September 12, 2015, up to and including October 13, 2015.

**DATED** this 24th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

...